LUCILLE GEBHARDT, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-RESPONDENT.

See same case below: 48 *N. J. Super.* 173.

Mrs. Lucille Gebhardt *in propria persona.*

*Mr. Louis F. Stein, Jr.,* for the respondent.

January 27, 1958.   Denied.